IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**Robert Sylvester Heatley**,                    1:08-cv-0580-AWI-TAG (HC)

             Petitioner,                    ORDER GRANTING MOTION FOR
                                                 EXTENSION OF TIME TO FILE TRAVERSE

   vs.                                          (DOCUMENT #12)

**James E. Tilton**,                             DEADLINE TO FILE TRAVERSE:
                                                 December 8, 2008
             Respondent.

_____/

      Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to

28 U.S.C. § 2254.  On October 31, 2008, Petitioner filed a motion to extend time to file a

traverse.  (Doc. 12).  Good cause having been presented to the Court and GOOD CAUSE

APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Petitioner is granted to an including December 8, 2008  in which to file his traverse.


IT IS SO ORDERED.

Dated:   **November 3, 2008**                    _____
_____                                                   **/s/ Theresa A. Goldner**
                                                 UNITED STATES MAGISTRATE JUDGE